IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: Jeremy Wilson                     CASE NO. 6:19-bk-72359
       Laura Wilson

APPLICATION FOR COMPENSATION FOR ADDITIONAL SERVICES

The attorney for the debtors hereby represents that the following additional services have been provided and submits this Application for Compensation for Additional Services.

1.  The following additional services have been provided as reflected by the following:

    Pleading:   Motion to Dismiss for Failure to Make Plan Payments
    Docket No.: 62        Date Filed:  4/4/23        Service Description Number:  22
    (If document not filed with the Court, attach copy of document.)

| Date filed with Court | Description of Service | | Maximum Allowable Fee | |
|---|---|---|---|---|
| | 1. | Post-Confirmation Amended Plan - Adding Only Unsecured Creditors (Awarded Upon Confirmation of Plan) | $125 | |
| | 2. | Post-Confirmation Amended Plan (Awarded Upon Confirmation of Modified Plan) | $400 | |
| | 3. | Pre- or Post-Confirmation Lien Avoidance Action (Uncontested/No Trial) | $400 | |
| | 4. | Pre- or Post-Confirmation Lien Avoidance Action (Contested/Trial) | $500 | |
| | 5. | Post-Confirmation Letter to Creditor to Cease Collection Efforts, Contacts, Post-Petition Garnishment (With Relevant Documentation Attached) | $50 | |
| | 6. | Post-Confirmation Notice of Bankruptcy Filed in Another Court (With  Relevant  Documentation Attached) | $50 | |
| | 7. | Pre- or Post-Confirmation Defense of an IRS or DFA Motion for Relief From Stay to Setoff Refund | $150 | |
| | 8. | Post-Confirmation Defense of an IRS or DFA Motion to Compel to File Tax Returns | $100 | |

1

| | | | | |
|---|---|---|---|---|
| | 9. | Pre- or Post-Confirmation Defense of a DFA Motion for Strict Compliance for Debtor Engaged in Business | $150 | |
| | 10. | Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g., Refund/Disbursement, Motion for Approval of Special Counsel, Motion to Compromise Controversy, Motion to Approve Settlement (no trial) | $375 | |
| | 11. | Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g., Refund/Disbursement, Motion for Approval of Special Counsel, Motion to Compromise Controversy, Motion to Approve Settlement (trial) | $500 | |
| | 12. | Pre- or Post-Confirmation Motion to Abate Payments, Motion to Extend or Modify Strict Compliance Order | $225 | |
| | 13. | Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (No Trial) | $500 | |
| | 14. | Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (Trial) | $650 | |
| | 15. | Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Personal Property) (No Trial) | $250 | |
| | 16. | Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Personal Property) (Trial) | $350 | |
| | 17. | Pre- or Post-Confirmation Objection to Claim (Uncontested; Filed by Debtor's Attorney) | $200 | |
| | 18. | Pre- or Post-Confirmation Objection to Claim (Contested; Filed by Debtor's Attorney) | $400 | |
| | 19. | Motion for "Hardship Discharge" Pursuant to 11 U.S.C. § 1328(b) (If funds available) | $400 | |
| | 20. | Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss | $300 | |

2

|  |  |  |  |
|---|---|---|---|
|  | (No Trial and Not Provided as surrendered/Abandoned in Plan) |  |  |
|  | 21. Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (Trial) | $600 |  |
| 4/26/23 | 22. Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) (No Trial) | $100 | XX |
|  | 23. Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) (Trial) | $300 |  |
|  | 24. Post-Confirmation Amendment to Schedules C, I & J (Not Part of Modification to Plan or Other Motion) | $200 |  |
|  | 25. Proof of Claim (With Relevant Documents Attached, Including Security Documents) | $200 |  |
|  | 26. Pre- or Post-Confirmation Motion to "Reinstate" or Set Aside Dismissal Order (Other Than For Failure to Timely File/Submit Documents or Plan) | $250 |  |
|  | 27. Post-Confirmation Motion to "Deconsolidate"/Sever Case | $300 |  |

2. The following costs have been incurred with this Application:

| | |
|---|---|
| Actual Costs to Notify _____ Creditors (Not to Exceed $2.75 per Creditor)<br>(Itemize each type of Notice)<br>Notice of _____ dated _____ ( _____ Notices) | $ |
| Actual Costs to Notify ___Creditors by Certified Mail (Not to Exceed $11 per Creditor)<br>(Itemize each type of Notice)<br>Notice of _____ dated _____ ( ____ Notices) | $ |

3

| | |
|---|---|
| Fee to Add/Remove Creditors  - Amount Actually Paid           Indicate Date and Purpose of Payment: _____ | $ |

**3. This total request is:**

| | |
|---|---|
| Total Fees Requested | $100.00 |
| Total Costs Requested | $ 00.00 |
| Total Additional Fees and Costs Requested: | $100.00 |

No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm, or corporation.

                                                   Respectfully Submitted
                                                   DICKERSON LAW FIRM, P.A.
                                                   PO BOX 6400
                                                   HOT SPRINGS, AR 71902
                                                   501-321-0808

<u>04/26/2023</u>                                 */s/ Matthew D. Black*       
DATE                                      Matthew D. Black, Bar No. 2007-259

## CERTIFICATE OF SERVICE

     I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy thereof to the following on this 26th day of April, 2023:

Jeremy & Laura Wilson
2345 McHenry Cir
Malvern, AR 72104-5709

                                                                   <u>*/s/ Matthew D. Black*</u>       
                                                                   Dickerson Law Firm, P.A.

**\*\*DEBTORS:  MUST NOTIFY THE BANKRUPTCY COURT, 300 W. 2nd STREET LITTLE ROCK, AR 72201 WITHIN 21 DAYS (DATE OF APPLICATION-04/26/2023)  OF ANY OBJECTION YOU HAVE TO THE AWARD OF THE FEE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

RE: Jeremy Wilson                                              CASE NO. 6:19-bk-72359
     Laura Wilson

## NOTICE OF OPPORTUNITY TO OBJECT TO
## APPLICATION FOR ADDITIONAL FEES

     You are hereby notified that your attorney has filed the attached Application for Additional Fees. Objections to Application must be filed with the Bankruptcy Court at US Bankruptcy Court Eastern & Western Districts of Arkansas 300 W. 2nd Street Little Rock, Arkansas 72201 in writing within 21 days from the date of this notice, with copies to your Counsel and Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, Arkansas 72221uent notice. If no objections are received, the application may be approved without further notice or hearing.

                                    RESPECTFULLY SUBMITTED
                                    DICKERSON LAW FIRM, P.A.
                                    PO BOX 6400
                                    HOT SPRINGS, AR   71902
                                    501-321-0808

                                    */s/ Matthew D. Black*
                                    Matthew D. Black, Bar No. 2007-259
                                    ATTORNEY AT LAW

April 26, 2023

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached application have been sent via CM/ECF to Jack W. Gooding, Trustee. I further certify that copies of the foregoing notice and application have been mailed by first class mail to the following:

| Jeremy & Laura Wilson<br>2345 McHenry Cir<br>Malvern, AR 72104-5709 | Internal Revenue Service<br>Special Procedure<br>PO Box 7346<br>Philadelphia, PA 19101 |
|---|---|
| US Attorney (Eastern District)<br>PO Box 1229<br>Little Rock, AR 72203 | US Attorney (Western District)<br>414 Parker Avenue<br>Fort Smith, AR 72901 |

                                                      */s/ Matthew D. Black*
                                                      Dickerson Law Firm, P.A.