IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION  DIVISION

IN RE:   Jeremy Adam Wilson and Laura Roxanne Wilson

CASE NO:   6:19-bk-72359 R                                                       Chapter 13

## CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on 4/4/2023 as a result of the debtor's failure to make payments as required by the plan. The motion was set for hearing on May 10, 2023. Prior to the hearing, the motion was settled, and a hearing was not necessary.  The court finds that the debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtor complying with the following:

1. The Debtors shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period:    June 2023 thru November 2023

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the Debtors complying with the above provisions. Failure of the debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing..

Date:  05/10/2023

/s/   Bianca M. Rucker

Bianca M. Rucker
U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

Dickerson Law Firm (Ach) - Electronically by ECF

Jeremy Adam Wilson and Laura Roxanne Wilson
2345 Mchenry Cir
Malvern, AR  72104-5700