IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| IN RE: Jeremy Adam Wilson and Laura Roxanne Wilson | CASE NO: | 6:19-bk-72359 R |
| | | Chapter 13 |

CHAPTER 13 ORDER OF COMPENSATION
FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, DICKERSON LAW FIRM (ACH), on 04/26/2023, Docket Entry 63, for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $100.00 pursuant to 11 U.S.C. Section 1326.

IT IS SO ORDERED.

Date: 05/24/2023

/s/ Bianca M. Rucker

Bianca M. Rucker
U.S. Bankruptcy Judge

Approved by:

/s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee

DMC　　/ 132 - (GO11-26b)