United States Bankruptcy Court
Western District of Arkansas

In re:                                                                                             Case No. 19-72359-bmr
Jeremy Adam Wilson                                               Chapter 13
Laura Roxanne Wilson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0861-6                                 User: admin                                                Page 1 of 2
Date Rcvd: May 24, 2023                      Form ID: pdf09Ds                                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jeremy Adam Wilson, Laura Roxanne Wilson, 2345 McHenry Cir, Malvern, AR 72104-5709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2023                              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack W. Dickerson | on behalf of Joint Debtor Laura Roxanne Wilson hsecf@dickersonlawfirm.com G38253@notify.cincompass.com |
| Jack W. Dickerson | on behalf of Debtor Jeremy Adam Wilson hsecf@dickersonlawfirm.com G38253@notify.cincompass.com |
| Jack W. Gooding | noticing@ark13.com |
| Josh Sanford | on behalf of Debtor Jeremy Adam Wilson sanfordlawfirm@recap.email |
| Josh Sanford | on behalf of Special Counsel Josh Sanford sanfordlawfirm@recap.email |
| Matthew Dean Black | on behalf of Debtor Jeremy Adam Wilson hsecf@dickersonlawfirm.com G38253@notify.cincompass.com |
| Matthew Dean Black | on behalf of Joint Debtor Laura Roxanne Wilson hsecf@dickersonlawfirm.com G38253@notify.cincompass.com |
| U.S. Trustee (ust) | |

District/off: 0861-6 | User: admin | Page 2 of 2
Date Rcvd: May 24, 2023 | Form ID: pdf09Ds | Total Noticed: 1

USTPRegion13.LR.ECF@usdoj.gov
Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: Jeremy Adam Wilson and Laura Roxanne Wilson     CASE NO:     6:19-bk-72359 R

Chapter 13

CHAPTER 13 ORDER OF COMPENSATION
FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, DICKERSON LAW FIRM (ACH), on 04/26/2023, Docket Entry 63, for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $100.00 pursuant to 11 U.S.C. Section 1326.

IT IS SO ORDERED.

Date: 05/24/2023             /s/ Bianca M. Rucker

Bianca M. Rucker
U.S. Bankruptcy Judge

Approved by:

/s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee

DMC    / 132 - (GO11-26b)